AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00092 |
| Paula Ann Conlon | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 5/3/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Paula Ann Conlon,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in any Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date: 05/03/2022                                                   2022.05.03 12:38:24 -04'00'
                                                                    *Issuing officer's signature*

City and state:  Washington, D.C.                Robin M. Meriweather, U.S. Magistrate Judge
                                                                    *Printed name and title*

### Return

This warrant was received on *(date)* 5/3/22, and the person was arrested on *(date)* 5/17/22
at *(city and state)* Martinsburg, WV

Date: 5/17/22
                                                                    *Arresting officer's signature*

                                                                    FBI SA Patrick W. Straub
                                                                    *Printed name and title*